John G. O'Neil, appellee, v. City of Chicago, appellant.  Gen. No. 25,095.

Action to recover damages for breach of contract for installation of boilers.  Judgment for plaintiff.  Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding.  Heard

in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed April 30, 1920.

Samuel A. Ettelson, for appellant; Morton S. Cressy, Adolph Radnitzer and Frank D. Ayers, of counsel. John S. Hummer, Coburn & Bentley and James E. McGrath, for appellee.

Mr. Justice Barnes delivered the opinion of the court.